BLACK RIVER REGULATING DISTRICT et al., Appellants, v. ADIRONDACK LEAGUE CLUB, Respondent.— Motion to resettle order entered May 27, 1953 (*ante*, p. 161), denied. Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

EDWIN COONEY, Doing Business as COONEY Co., Respondent, v. LIBERTY MUTUAL INSURANCE Co., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See 281 App. Div. 1065.]

■

MORRIS M. LEVINE, Respondent, v. NORTON S. PUTTER, Defendant, and ALBERT M. MICHAELIS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See 281 App. Div. 1008.]

■

ROCCO VENUTO, Appellant-Respondent, v. WINE GROWERS GUILD, Respondent-Appellant.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 281 App. Div. 1068.]

■

ADELAIDE N. REED, Respondent, v. ROBERT M. REED, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 281 App. Div. 1075.]

■

In the Matter of GEORGE K. ENOS, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 116.]

■

In the Matter of the Application of DINAH R. ROSENBLATT for Reinstatement as an Attorney.— Motion for leave to appeal to the Court of Appeals denied.

■

In the Matter of the ERIE COUNTY BAR ASSOCIATION. DINAH R. ROSENBLATT, an Attorney.— Motion for leave to appeal to the Court of Appeals denied.